IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                            CRIMINAL ACTION NO. 3:18-CR-104-HTW-LRA

OMAR BANKHEAD

**ORDER**

BEFORE THIS COURT is Defendant Omar Bankhead's Motion to Amend Judgement **[Docket no. 28]**. Defendant is charged with violating 18 U.S.C. § 2119, Carjacking and 18 U.S.C. § 924(c)(1)(A)(ii), Use of a Firearm in Relation to a Crime of Violence.

Defendant plead guilty to Count 1 of his indictment on October 18, 2018. Defendant's sentencing hearing was held on January 14, 2019. This Court sentenced Defendant to serve a term of 69 months in the custody of the Federal Bureau of Prisons. Defendant requests his judgment be amended to allow Defendant to serve his sentence at the Federal Correctional Complex in Forrest City, Arkansas in order to be close to friends in Nashville, Tennessee. This Court hereby grants Defendant's request and recommends that Defendant be allowed to serve his sentence at the Federal Correctional Complex in Forrest City, Arkansas.

**IT IS THEREFORE ORDERED that Defendant Omar Bankhead's Motion to Amend Judgment [Docket no. 28] is GRANTED. The Amended Judgment is to reflect this Court's recommendation that Defendant Omar Bankhead serve the remainder of his sentence at the Federal Correctional Complex in Forrest City, Arkansas.**

SO ORDERED this the 6th day of April, 2019.

                                                 **/s/HENRY T. WINGATE**
                                                 **UNITED STATES DISTRICT COURT JUDGE**